```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 00441
   DENISE L COBB
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-2582


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/09/2008 and was not confirmed.

     The case was dismissed without confirmation 05/05/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC           CURRENT MORTG         .00            .00            .00
CITIMORTGAGE INC           MORTGAGE ARRE     7980.72            .00            .00
FRANKLIN CREDIT MANAGMEN   CURRENT MORTG         .00            .00            .00
FRANKLIN CREDIT MANAGMEN   MORTGAGE ARRE      940.95            .00            .00
AMERICAN HONDA FINANCE C   SECURED VEHIC    25420.91            .00            .00
AMERICAN HONDA FINANCE C   UNSECURED        NOT FILED           .00            .00
AMERICAN HONDA FINANCE C   SECURED VEHIC    25420.91            .00            .00
AMERICAN HONDA FINANCE C   UNSECURED        NOT FILED           .00            .00
SPRINT-NEXTEL CORP         UNSECURED         380.99             .00            .00
REDCATS USA                UNSECURED         187.94             .00            .00
AMERICAN FAMILY INSURANC   UNSECURED        NOT FILED           .00            .00
BILL JOHNSON LANDSCAPE D   UNSECURED        NOT FILED           .00            .00
CAPITAL RECOVERY           UNSECURED        NOT FILED           .00            .00
MACENTEE KNOX & VARGAS     UNSECURED        NOT FILED           .00            .00
FEDERAL BOND & COLLECTIO   UNSECURED        NOT FILED           .00            .00
FIFTH THIRD BANK           UNSECURED        NOT FILED           .00            .00
HELVEY ASSOCIATION         UNSECURED        NOT FILED           .00            .00
LASALLE BANK               UNSECURED        NOT FILED           .00            .00
MAIL ASSURANCE SERVICE     UNSECURED        NOT FILED           .00            .00
MALCOLM S GERALD & ASSOC   UNSECURED        NOT FILED           .00            .00
MONEY MARKET PAYDAY EXPR   UNSECURED        NOT FILED           .00            .00
MONTEREY COLLECTIONS       UNSECURED        1287.28             .00            .00
NATIONAL PEN COMPANY       UNSECURED        NOT FILED           .00            .00
PAY DAY OF ILLINOIS        UNSECURED        NOT FILED           .00            .00
PLS FINANCIAL              UNSECURED        NOT FILED           .00            .00
ROAMANS                    UNSECURED        NOT FILED           .00            .00
ILLINOIS DEPT OF REVENUE   UNSECURED         246.77             .00            .00
ILLINOIS DEPT OF REVENUE   PRIORITY         1656.51             .00            .00
ILLINOIS LENDING GROUP     UNSECURED        1929.15             .00            .00
MONTEREY COLLECTIONS       SECURED          2300.00             .00            .00
ISAC                       UNSECURED         634.30             .00            .00
RIVER NORTH GROUP          DEBTOR ATTY      2,000.00                        736.00
TOM VAUGHN                 TRUSTEE                                           64.00
DEBTOR REFUND              REFUND                                         5,592.62


                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 00441 DENISE L COBB
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS   | DISBURSEMENTS |
|----------------------|-----------:|--------------:|
| TRUSTEE              | 6,392.62   |               |
| PRIORITY             |            | .00           |
| SECURED              |            | .00           |
| UNSECURED            |            | .00           |
| ADMINISTRATIVE       |            | 736.00        |
| TRUSTEE COMPENSATION |            | 64.00         |
| DEBTOR REFUND        |            | 5,592.62      |
| TOTALS               | 6,392.62   | 6,392.62      |

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/16/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                              PAGE   2
          CASE NO. 08 B 00441 DENISE L COBB